Anna QUIRK, respt., v. Mary COYNE, applt. Supreme Court, Appellate Division, Third Department. March 23, 1916.) Judgment unanimously affirmed, with costs. Lyon, J., not sitting.

Marie RAAB et al. v. NAT. SLAVONIC SOCIETY OF U. S. (Supreme Court, Appellate Division, First Department. January 28, 916.). Application denied, with $10 costs. Order signed.

RABBI JACOB JOSEPH SCHOOL v. FIDELITY & CASUALTY CO. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Application denied, with $10 costs. Order signed.

Seymour L. RAU, Respt., v. MUTUAL LIFE INS. CO., of N. Y., Applt. (Supreme Court, Appellate Division, First Department. February 11, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Frank RAVOLD, respondent, v. Henry HAMM, appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1916.) The order appealed from was entered February 21, 1916, from which defendant appealed on February 26, 1916. Being a nonenumerated motion, appellant had, under rule 41, 15 days after taking her appeal to file the printed appeal papers with the clerk. Not having done so, the appellant was in default. But if the appeal be perfected and placed on the April calendar of this court, and counsel are ready when reached, the proceedings in the Surrogate's Court for collection and payment of the judgment will be stayed pending such appeal. Meantime, however, the examination and accounting by the administratrix are not stayed.

Louis P. REEDER, Respt., v. William W. FERGUSON, impleaded, etc., Applt. (Supreme Court, Appellate Division. First Department. February 25, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Julia REID, respondent, v. Thomas M. REID, as executor, etc., of Eliza Flanagan, deceased, appellant. (Supreme Court, Appellate Division, Second Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Thomas, Carr, Stapleton, Rich, and Putnam, JJ., concur.

The RICHARDSON PRESS, Applt., v. Andrew ALBRIGHT, Jr., Respt. (Supreme Court, Appellate Division, First Department. February 18, 1916.) Judgment affirmed, with costs. No opinion. Order filed.

The RICHARDSON PRESS v. Andrew ALBRIGHT, Jr. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs. Order filed.

In the Matter of Michael O. RINI. (Supreme Court, Appellate Division, First Department. March 10, 1916.) Reference ordered to official referee. Settle order on notice.

In the matter of the claim of George C. RIST, etc., claimant-respt., v. LARKIN & SANGSTER, employer, and United States Fidelity & Guaranty Company, applts. (Supreme Court, Appellate Division, Third Department. March 23, 1916.) Motion denied.

ROBERT COLIN CO., Inc., Appellant, v. William E. WOLFF et al., Respondents. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Appeal from Special Term, New York County.

PER CURIAM. The order appealed from should be modified, by directing that the words in the order for plaintiff's examination, "concerning the matters alleged in the separate answer of the defendants," be stricken out, and the following inserted in lieu thereof: "Concerning the matters alleged in the separate and distinct defenses in the answer of the defendants"—and, as so modified, affirmed, without costs. Settle order on notice.

Matter of Laurien C. ROBERTSON; re Gustav LANGE, Jr. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion denied, with $10 costs and stay vacated.

In the Matter of Laurien C. ROBERTSON, Respt.; Gustav LANGE, Jr., Applt. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. (Clarke, P. J., dissenting.) Order filed.

Laurien C. ROBERTSON v. Edward F. ROBERTSON. (Supreme Court, Appellate Division, First Department. January 28, 1916.) Motion denied, with $10 costs. Order filed.

Fanny ROBIN, Applt., v. CITY OF NEW YORK, impld., Respt. (Supreme Court, Appellate Division, First Department. February 4, 1916.) Judgment and order affirmed, with costs. No opinion. Order filed.

Matter of Blanche B. ROBINSON, deceased. (Supreme Court, Appellate Division, First Department. February 25, 1916.) Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

In the Matter of Blanche B. ROBINSON. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion to dismiss appeal denied, without costs. Order filed.

In the Matter of Blanche B. ROBINSON. (Supreme Court, Appellate Division, First Department. March 24, 1916.) Motion to extend time granted, on condition that appellant procure the appeal to be put on calendar ready for argument on the 11th day of April, 1916. Settle order on notice.